IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | No. 2:24-cv-02096-JHC<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT |

Plaintiff RL Liquidators LLC and Defendant Amazon.com Services, LLC, STIPULATE AND AGREE to extend the currently pending deadline to answer or otherwise respond to the Complaint by 30 days to February 10, 2025. In addition, Plaintiff shall re-note its Motion to file Complaint Under Seal for January 22, 2025, to allow the parties additional time to meet-and-confer as required by LCR 5(g), and to allow Defendant additional time to file a response. This extension will not affect any other deadlines in the case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

// // //

JOINT STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT - 1
(Case No. 2:24-cv-02096-JHC)

*IT IS SO STIPULATED.*

Dated this 8th day of January, 2025.

By: *s/ Adam C. Doupé*
Adam C. Doupé, WSBA #55483
**BUCHALTER**
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone: (206) 319-7052
Email: adoupe@buchalter.com

*Attorney for Plaintiff*

By: *s/ Patty A. Eakes*
Patty A. Eakes (WSBA #18888)
Gabriel Reilly-Bates (WSBA #52557)
Henry C. Phillips (WSBA #55152)
Ryan Charles Wells (WSBA #58975)
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Ave, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
gabriel.reillybates@morganlewis.com
henry.phillips@morganlewis.com
ryan.wells@morganlewis.com

*Counsel for Defendant Amazon.com Services LLC*

JOINT STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT - 2
(Case No. 2:24-cv-02096-JHC)

**ORDER**

IT IS SO ORDERED.

DATED: January 8, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT - 3
(Case No. 2:24-cv-02096-JHC)