IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:24-cv-02096-JHC<br><br>ORDER |

Before the Court is Plaintiff RL Liquidators LLC's Motion to File Complaint Under Seal. Dkt. # 2. The Court has reviewed the materials filed by the parties in connection with the motion, the file, and the governing law. For the reasons presented by the parties, the Court GRANTS the motion as follows: The Court ORDERS Plaintiff to file a redacted version of the Complaint in a form substantially similar to Exhibit A to Defendant's response at Dkt. # 10. The redacted allegations may remain under seal.

/

ORDER- 1
(Case No. 2:24-cv-02096-JHC)

DATED this 23rd day of January, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER- 2
(Case No. 2:24-cv-02096-JHC)