UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 2:24-cv-02096-JHC<br><br>ORDER GRANTING DEFENDANT AMAZON.COM SERVICES LLC'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

The Court, having received and reviewed Defendant's Unopposed Motion for Withdrawal and Substitution of Counsel, Dkt. # 30, and good cause appearing, HEREBY ORDERS that the unopposed Motion is GRANTED. John C. Goodchild III, Gabriel Reilly-Bates, Henry C. Phillips, Ryan C. Wells and Melissa Y. Boey of Morgan, Lewis & Bockius LLP shall be permitted to withdraw as counsel for Defendant Amazon.com Services, LLC.

IT IS FURTHER ORDERED that, as of the date of this Order, John A. Goldmark, Eric A. Franz and Caitlyn C. Courtney of Davis Wright Tremaine LLP and Gordon D. Todd and Daniel Hay of Sidley Austin LLP, shall be substituted as counsel of record for Defendant in place of John C. Goodchild III, Gabriel Reilly-Bates, Henry C. Phillips, Ryan C. Wells and Melissa Y. Boey of Morgan, Lewis & Bockius LLP.

All future correspondence, pleadings, and papers should be served upon said new attorneys as counsel for Defendant at the following locations set forth below.

Dated this 18th day of July, 2025.

                                                                            */s/ John H. Chun*
                                                                            JOHN H. CHUN
                                                                            UNITED STATES DISTRICT JUDGE