UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:24-cv-02096-JHC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT** |

Plaintiff RL Liquidators LLC and Defendant Amazon.com Services, LLC hereby STIPULATE AND AGREE as follows:

Plaintiff requested a seven-day extension of the deadline for Plaintiff to file an amended complaint. Amazon does not oppose the extension and consented to the request. Accordingly, subject to the Court's approval, the Parties jointly request the deadline for Plaintiff to file an amended complaint be extended to August 12, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED

Dated:   August 1, 2025

| | |
|---|---|
| **BUCHALTER**<br>**A Professional Corporation**<br><br>By:  */s/ Christopher J. Lindemeier*<br>Adam C. Doupé, WSBA #55483<br>Christopher J. Lindemeier, WSBA #55515<br>1420 Fifth Avenue, Suite 3100<br>Seattle, WA  98101-1337<br>Telephone: 206.319.7052<br>E: adoupe@buchalter.com<br>E: clindemeier@buchalter.com<br><br>*Attorneys for Plaintiff RL Liquidators LLC* | **DAVIS WRIGHT TREMAINE LLP**<br><br>By: */s/ John A. Goldmark*<br>John A. Goldmark, WSBA #40980<br>Eric A. Franz, WSBA #52755<br>Caitlyn C. Courtney, WSBA #62344<br>920 Fifth Ave.<br>Seattle, WA 98104-1610<br>Phone: (206) 622-3150<br>johngoldmark@dwt.com<br>ericfranz@dwt.com<br>caitlyncourtney@dwt.com<br><br>**SIDLEY AUSTIN LLP**<br><br>By: */s/ Gordon D. Todd*<br>Gordon D. Todd*<br>Daniel Hay*<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Phone (202) 736-8000<br>gtodd@sidley.com<br>dhay@sidley.com<br><br>*Attorneys for Defendant Amazon.com Services LLC*<br><br>*\* pro hac vice* |

JOINT STIPULATION AND ORDER TO EXTEND
DEADLINE TO FILE AMENDED COMPLAINT - 2
CASE NO.: 2:24-CV-02096-JHC

**ORDER**

IT IS SO ORDERED.

DATED: August 1, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE