UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:24-cv-02096-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL** |

THIS MATTER comes before the Court on Plaintiff RL Liquidators, LLC's Motion to File First Amended Complaint Under Seal (the Motion). Dkt. # 37. Having considered:

1. The Motion;
2. Defendant Amazon.com Services LLC's Response to the Motion; and
3. The records and files herein;

the Court is fully advised and finds that there exist compelling interests that overcome the right of public access to the First Amended Complaint (FAC), in that said record contains confidential information and is protected by an obligation not to disclose the same pursuant to a confidentiality clause.

ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIRST AMENDED
COMPLAINT UNDER SEAL - 1

NOW, THEREFORE, it is hereby ORDERED, that Plaintiff's RL Liquidators, LLC Motion to File First Amended Complaint Under Seal is GRANTED. Plaintiff is ORDERED to file a copy of the FAC containing the redactions in Exhibit 1 to Amazon's Response at Dkt. # 42. The sealed copy of the FAC shall remain under seal.

DATED this 2nd day of September, 2025.

_____
JOHN H. CHUN
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO FILE
FIRST AMENDED COMPLAINT UNDER SEAL - 2