UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 2:24-cv-02096-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND EXHIBIT A TO THE DECLARATION OF ADAM C. DOUPÉ UNDER SEAL** |

    THIS MATTER comes before the Court on Plaintiff RL Liquidators, LLC's Motion to File Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Exhibit A to the Declaration of Adam C. Doupé Under Seal. Dkt. # 46. Having considered:

    1. The Motion;

    2. Defendant Amazon.com Services LLC's Response to the Motion, Dkt. # 53; and

    3. The records and files herein;

the Court is fully advised and finds that there exist compelling interests that overcome the right of public access to the Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Exhibit A to the Declaration of Adam Doupé, in that said

ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIRST AMENDED
COMPLAINT UNDER SEAL - 1

records contains confidential information and are protected by an obligation not to disclose the same pursuant to a confidentiality clause.

NOW, THEREFORE, it is hereby ORDERED, that Plaintiff's RL Liquidators, LLC Motion to File Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Exhibit A to the Declaration of Adam Doupé Under Seal is GRANTED. Plaintiff shall file Amazon's proposed redacted version of the Response (attached as Exhibit 1 to Amazon's response) on the public docket, and the currently sealed copies of the Response (Dkt. ## 47 & 49) shall remain under seal.

DATED this 8th day of October, 2025.

*John H. Chun*
JOHN H. CHUN
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND EXHIBIT A TO THE DECLARATION OF ADAM DOUPÉ UNDER SEAL - 2

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052