1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.: 2:24-cv-02096-JHC<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

THIS MATTER comes before the Court on attorneys Adam C. Doupé's and Christopher J. Lindemeier's (collectively, "Buchalter") Motion to Withdraw as counsel for Plaintiff RL Liquidators LLC. Dkt. # 57. The Court has considered all materials filed in support of and in response to the motion, the rest of the file, and the governing law. The Court GRANTS the motion.

It is hereby ORDERED that Adam C. Doupé, Christopher J. Lindemeier, and Buchalter are withdrawn as counsel of record for Plaintiff RL Liquidators LLC.

ORDER GRANTING MOTION TO WITHDRAW - 1
CASE NO.: 2:24-CV-02096-JHC

DATED this 13th day of January, 2026.

*John H. Chun*
JOHN H. CHUN
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW - 2
CASE NO.: 2:24-CV-02096-JHC

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052