UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RL LIQUIDATORS LLC, a California
limited liability company,

               Plaintiff,

       v.

AMAZON.COM SERVICES LLC, a
Delaware limited liability company,

               Defendant.

CASE NO. 2:24-cv-02096-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  Plaintiff, a business entity, is currently unrepresented by counsel.  *See* Dkt. # 63 (order granting withdrawal).  The Court ORDERS Plaintiff to show cause by **March 19, 2026** why this matter should not be dismissed for failure to prosecute under LCR 83.2(b)(4).  *See Prairie Star Nat'l Tr. v. Monsanto Co.*, 2020 WL 2046278, at *1–2 (W.D. Wash. June 7, 2022) (Estudillo, C.J.) (ordering unrepresented corporation to obtain counsel because "corporations[] must appear through an attorney") (citation omitted).

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 19th day of February 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2