UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>            Defendant. | Case No.: 2:24-cv-02096-JHC<br><br>**ORDER** |

THIS MATTER comes before the Court *sua sponte*. The Court previously ordered "Plaintiff to show cause by March 19, 2026 why this matter should not be dismissed for failure to prosecute under LCR 83.2(b)(4)." Dkt. # 64. Plaintiff has failed to do so. Also, in the meantime, Defendant filed counterclaims. Dkt. # 67. Thus, the Court DISMISSES Plaintiff's claims without prejudice.

DATED this 20th day of March, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge

ORDER - 1
CASE NO.: 2:24-CV-02096-JHC