UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RL LIQUIDATORS LLC, | Case No. 2:24-cv-02096-JHC |
| Plaintiff / Counterclaim Defendant, | ORDER GRANTING AMAZON.COM SERVICES LLC'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| AMAZON.COM SERVICES LLC, | |
| Defendant / Counterclaim Plaintiff. | |

THIS MATTER comes before the Court on the Motion for Default Judgment (the "Motion") brought by Defendant / Counterclaim Plaintiff Amazon.com Services LLC ("Amazon") against RL Liquidators LLC ("RL").  Dkt. # 74.  The Court, having considered Amazon's Motion, this matter's files and records, the governing law, and being fully advised, finds that Amazon has established RL's liability and Amazon's entitlement to damages.  The Court has reached this decision in part through the application of the *Eitel* factors.  *See Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986).  Accordingly, the Court ORDERS:

1.    Amazon's Motion is GRANTED and JUDGMENT is entered against RL on Amazon's Cause of Action for Breach of Contract.

2.    The Court awards Amazon its actual damages for RL's breaches of contract as follows:

       a.  An award of $37,306,779.53 against RL for Amazon's damages arising from the total amount of unpaid invoices.

       b.  An award of $9,972,028 against RL for Amazon's damages arising from unpaid finance charges.

3.     The Court hereby retains jurisdiction over this case for the purposes of enforcing this Order, and for any supplemental proceedings that may be authorized by law.

4.     Amazon's counsel is hereby directed to serve a copy of this Order on RL's last known address and on the address for counsel for RL Liquidators ABC, LLC, which Amazon used to complete service.

SO ORDERED this 18th day of June, 2026.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AMAZON'S MOTION FOR
DEFAULT JUDGMENT - 2
(Case No. 2:24-cv-02096-JHC)